JS-6

1  ANDREW J. WAXLER, SBN 113682
   SCOTT K. MURCH, SBN 174537
2  WAXLER♦CARNER♦BRODSKY LLP
   1960 East Grand Avenue, Suite 1210
3  El Segundo, California 90245
   Telephone:  (310) 416-1300
4  Facsimile:  (310) 416-1310
   e-mail:     awaxler@wcb-law.com
5  e-mail:     smurch@wcb-law.com

6  Attorneys for Defendants
   ANH HUYNH REGENT and REGENT &
7  ASSOCIATES

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN WHITE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANH HUYNH REGENT, an individual;<br>REGENT & ASSOCIATES, LLP., a<br>Texas limited liability partnership; and<br>DOES 1- 10, inclusive,<br><br>Defendants. | Case No. 2:11-cv-06117- GW-CW<br><br>[Assigned to Judge George H. Wu]<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>[Complaint Filed: July 25, 2011] |

Pursuant to the stipulation of Plaintiff Charleen White and Defendants Anh H. Regent and Regent & Associates under Federal Rules of Civil Procedure, Rule 41(a)(1)(B), this entire action is dismissed with prejudice with each party responsible for its own attorney's fees and costs.

Dated: Feb. 2, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE